NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ROBERT L. WASHINGTON,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7129

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 09-2889, Judge William A. Moorman.

---

## ON MOTION

---

## ORDER

Robert L. Washington moves without opposition for leave to proceed in forma pauperis. The Secretary of Veterans Affairs also moves without opposition for an extension of time to file his brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted. The Secretary's brief is due within 21 days from the date of filing of this order.

FOR THE COURT

__JUL  6 2011__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Robert L. Washington
Devin A. Wolak, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 0 6 2011

JAN HORBALY
CLERK